IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **KAREEM SAMUEL JONES,** | : | |
| **Plaintiff,** | : | |
| v. | : | No. 5:24-cv-400-MTT-CHW |
| **Deputy Counselor JO HUNDING,** | : | **PROCEEDINGS UNDER 42 U.S.C. § 1983** <u>**BEFORE THE U.S. MAGISTRATE JUDGE**</u> |
| **Defendant.** | : | |

## ORDER

Plaintiff Karreem Samuel Jones, a prisoner in the Muscogee County Correctional Institute, in Columbus, Georgia, filed a 42 U.S.C. § 1983 complaint. ECF No. 1. He also moved to proceed *in forma pauperis*. ECF No. 3.

Plaintiff's motion to proceed *in forma pauperis* is incomplete. A prisoner or pretrial detainee seeking leave to proceed without prepayment of the filing fee must submit (1) an affidavit in support of his claim of indigence and (2) "a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(1)-(2). Plaintiff failed to submit a certified copy of his trust fund account statement.

Accordingly, Plaintiff is **ORDERED** to submit a proper motion to proceed *in forma pauperis,* which should include a certified copy of his trust fund account statement. The Clerk is **DIRECTED** to provide Plaintiff with a copy of the appropriate forms for this purpose. Plaintiff shall have **FOURTEEN (14) DAYS** from the date shown

on this Order to comply. If Plaintiff does not timely and fully comply with this Order, this action will be dismissed.

Plaintiff is further **ORDERED** to notify the Court immediately in writing of any change of address, and his failure to do so may result in dismissal of this action.

**SO ORDERED and DIRECTED**, this 17th day of December, 2024.

                                         s/ Charles H. Weigle
                                         Charles H. Weigle
                                         United States Magistrate Judge