IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KARREEM SAMUEL JONES, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00400-MTT-CHW |
| DEPUTY COUNSELOR JO HUNDING, | * |
| Defendant. | * |

## J U D G M E N T

Pursuant to this Court's Order dated March 13, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 14th day of March, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk